UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ……………………………………………………….. | | |
| EUNICE MUKIDI | : | CIVIL ACTION NO. |
| | : | 3:20-CV-01916-KAD |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLOTTE HUNGERFORD | : | |
| HOSPITAL | : | |
| | : | |
| Defendant | : | SEPTEMBER 2, 2021 |
| ……………………………………………………….: | | |

**STIPULATION OF DISMISSAL**

Now come the parties of the above-captioned action, pursuant to the provisions of the F.R.C.P Rule 41 (a)(1)(ii), and hereby stipulate that this action be dismissed with prejudice, without further proceedings, without admitting any fault or liability, and without costs.

| BY PLAINTIFF'S ATTORNEY, | DEFENDANT, |
|---|---|
| | BY ITS ATTORNEY |
| BY: /S/ Ikechukwu Umeugo | /S/ Kasia M. Preneta |
| IKECHUKWU UMEUGO | KASIA M. PRENETA |
| HER ATTORNEY | ITS ATTORNEY |
| UMEUGO & ASSOCIATES, P.C. | JACKSON LEWIS, P.C. |
| 620 BOSTON POST ROAD | 90 STATE HOUSE SQUARE, |
| P.O. BOX 23673 | 8TH FLOOR |
| WEST HAVEN, CT 06516 | HARTFORD, CT 06103 |
| 203-931-2680/203-931-2682 | 860-522-0404/860-247-1330 |
| FED BAR CT 04536 | FED BAR CT 30988 |

## CERTIFICATON

I hereby certify that on this 2nd day of September 2021, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing trough the Court's system.

                              THE PLAINTIFF,
                              EUNICE MUKIDI

BY:   /S/ Ikechukwu Umeugo
        IKECHUKWU UMEUGO
        HER ATTORNEY
        UMEUGO & ASSOCIATES, P.C.
        620 BOSTON POST ROAD
        P.O. BOX 23673
        WEST HAVEN, CT 06516
        (203) 931-2680/ FAX (203) 931-2682
        FED BAR CT 04536